# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE M. KASSAB, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br>　v.<br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 11CV1530-BTM (POR)<br><br>**ORDER RE MOTION FOR TEMPORARY RELIEF** |

　　Plaintiffs, grocery store owners in San Diego, filed this action seeking judicial review of an administrative action by Defendants, which found that Plaintiffs had trafficked in food stamps. As a result of this determination, Defendants permanently disqualified Plaintiffs from participating in the Supplemental Nutrition Assistance Program.

　　Pending is Plaintiffs' ex parte motion for temporary relief [doc. #4], in which Plaintiffs request the court to stay this administrative decision pending disposition of Plaintiffs' appeal pursuant to 7 U.S.C. § 2023(a)(17). Under this section, Plaintiffs may seek a stay of the administrative action under review "on application to the court on not less than ten days' notice." § 2023(a)(17). Plaintiffs cannot seek preliminary relief without affording Defendant the requisite notice. *See Skyson USA, LLC v. United States*, 651 F. Supp. 2d 1202, 1205 (D. Haw. 2009) (discussing prior denial of a motion for relief under § 2023(a)(17) on this ground).

　　Plaintiffs have not filed a proof of service of the complaint or of the instant motion. Defendants have not entered a notice of appearance. Because Plaintiffs have not provided Defendants with the requisite ten days notice, Plaintiffs' motion for temporary relief is

1 | **DENIED** without prejudice. Plaintiffs shall serve the complaint on Defendants within <u>ten days</u>
2 | of entry of this order. After Plaintiffs file a proof of service, Plaintiffs may re-file a motion for
3 | relief under § 2023(a)(17). On the day Plaintiffs are ready to re-file this motion, they shall call
4 | chambers to obtain a hearing date.

6 | **IT IS SO ORDERED.**

8 | DATED: September 16, 2011

*[signature]*

Honorable Barry Ted Moskowitz
United States District Judge